UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 21cr10107 |
| v. | Violations: |
| JOSUE RIVERA RODRIGUEZ, a/k/a "Bori," | Count One: Conspiracy to Distribute and to Possess With Intent to Distribute 400 Grams or More of Fentanyl (21 U.S.C. § 846) |
| Defendant | Count Two: Distribution of 40 Grams or More of Fentanyl; Aiding and Abetting (21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(vi); 18 U.S.C. § 2) |
| | Count Three: Distribution of 40 Grams or More of Fentanyl (21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(vi)) |
| | Count Four: Distribution of 400 Grams or More of Fentanyl (21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(vi)) |
| | Forfeiture Allegation: (21 U.S.C. § 853) |

INDICTMENT

COUNT ONE
Conspiracy to Distribute and to Possess with Intent to Distribute
400 Grams or More of Fentanyl
(21 U.S.C. § 846)

The Grand Jury charges:

From in or about January 2020 through in or about April 2021, in Watertown, Revere, Holyoke, Springfield, and elsewhere in the District of Massachusetts, the defendant,

JOSUE RIVERA RODRIGUEZ, a/k/a "Bori,"

conspired with other persons known and unknown to the Grand Jury to knowingly and

intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the offense charged in Count One involved 400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(vi) is applicable to this Count.

It is further alleged that, with respect to Count One, 400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance, were reasonably foreseeable by, and are attributable to defendant JOSUE RIVERA RODRIGUEZ, a/k/a "Bori." Accordingly, Title 21, United States Code, Section 841(b)(1)(A)(vi) is applicable to defendant JOSUE RIVERA RODRIGUEZ, a/k/a "Bori."

All in violation of Title 21, United States Code, Section 846.

COUNT TWO
Distribution of 40 Grams or More of Fentanyl; Aiding and Abetting
(21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(vi); 18 U.S.C. § 2)

The Grand Jury further charges:

On or about March 4, 2020, in Holyoke, in the District of Massachusetts, the defendant,

JOSUE RIVERA RODRIGUEZ, a/k/a "Bori,"

did knowingly and intentionally distribute 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(vi) and Title 18, United States Code, Section 2.

COUNT THREE
Distribution of 40 Grams or More of Fentanyl
(21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(vi))

The Grand Jury further charges:

On or about March 3, 2021, in Springfield, in the District of Massachusetts, the defendant,

JOSUE RIVERA RODRIGUEZ, a/k/a "Bori,"

did knowingly and intentionally distribute 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(vi).

## COUNT FOUR
### Distribution of 400 Grams or More of Fentanyl
### (21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(vi))

The Grand Jury further charges:

On or about March 12, 2021, in Holyoke, in the District of Massachusetts, the defendant,

JOSUE RIVERA RODRIGUEZ, a/k/a "Bori,"

did knowingly and intentionally distribute 400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(vi).

## DRUG FORFEITURE ALLEGATION
(21 U.S.C. § 853)

The Grand Jury further finds:

1. Upon conviction of one or more of the offenses in violation of Title 21, United States Code, Section 841(a)(1), set forth in Counts One through Four, the defendant,

JOSUE RIVERA RODRIGUEZ, a/k/a "Bori,"

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense.

2. If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 21, United States Code, Section 853, as a result of any act or omission of the defendant -

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

/s/ _____
FOREPERSON

/s/ _____
CHRISTOPHER POHL
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: April 7, 2021
Returned into the District Court by the Grand Jurors and filed.

/s/ Harold Putnam 4/7/2021; 12:16 p.m.
_____
DEPUTY CLERK

/s/ Marianne B. Bowler, USMJ
_____
HON. MARIANNE B. BOWLER
United States Magistrate Judge

Date: April 7, 2021