UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 21-10107-LTS |
| | ) | |
| JOSUE RIVERA RODRIGUEZ, | ) | |
|    a/k/a "Bori," | ) | |
|    Defendant | ) | |

GOVERNMENT'S SUPPLEMENTAL MEMORANDUM IN SUPPORT OF DETENTION

JOSUE RIVERA RODRIGUEZ, a/k/a "Bori," is presently scheduled for a detention hearing on April 12, 2021. In addition to the information set out in the indictment, the government files this supplemental memorandum in support of its motion for detention.

In January 2020, agents with the Federal Bureau of Investigation (FBI) in Boston received information from agents in another district who were conducting an investigation into members of the CJNG ("Cartel Jalisco Nueva Generacion") drug cartel, one of the largest and most violent transnational criminal organizations operating in Mexico and the United States. From a confidential source, agents learned that the cartel was looking for someone to pick up $35,000 in drug proceeds in the Boston area. The source provided agents with a phone number to call, instructions to repeat a specific phrase ("I'm calling on behalf of Jalisco"), and instructions to take a picture of a $1 bill. Once the $1 bill photo was sent to agents, they provided the photo to their source, the source provided the photo to its associates in the CJNG cartel, and the cartel, in turn, sent the photo to the individual who would deliver the money. The person picking up the money was expected to show the deliveryman the actual $1 bill so that he could match the bill to the photo he had been given.

On January 8, 2020, the source advised agents that "Bori" would be delivering the money and provided a telephone number for "Bori." Agents then directed a cooperating witness (CW-1)

to call "Bori's" telephone number. CW-1 spoke to RODRIGUEZ, who agreed to meet CW-1 the next day. On January 9, 2020, RODRIGUEZ explained to CW-1 that he would be late to the meeting because he had to drop off $55,000 to someone at the Maverick Square T stop in East Boston ("If I would have known I would have drove my Toyota to the other area and met with you last. Because I still have $55,000 more to drop off"). At the direction of agents, CW-1 proposed meeting RODRIGUEZ at a parking lot of a Target in Revere. RODRIGUEZ arrived in a Toyota Tundra registered to him and agents identified RODRIGUEZ as the driver and sole occupant of the car. CW-1 provided RODRIGUEZ the $1 bill and RODRIGUEZ provided CW-1 a black bag containing $35,000.

During the meeting, RODRIGUEZ and CW-1 discussed future drug sales. Thereafter, agents recorded the following:

- a March 20, 2020 meeting between RODRIGUEZ and CW-1 where RODRIGUEZ worked with another individual to deliver 220 grams of fentanyl to CW-1 in Holyoke;
- a March 3, 2021 meeting between RODRIGUEZ and CW-1 where RODRIGUEZ delivered 100 grams of fentanyl to CW-1 in Springfield; and
- a March 12, 2021 meeting between RODRIGUEZ and CW-1 where RODRIGUEZ delivered 425 grams of fentanyl to CW-1 in Holyoke.

On April 8, 2021, agents arrested RODRIGUEZ and executed a search warrant at his residence at 1340-1342 Dwight Street in Holyoke. Among other items, agents seized:

- approximately 300 grams of suspected fentanyl;
- an AR-15 assault rifle;
- five semi-automatic pistols, including guns capable of carrying large-caliber ammunition and or fitted with a laser sight;
- a bullet-proof vest;
- a police hat with insignia;
- packaging materials; cellular telephones; a money counter; and $1,900 in U.S. currency.



RODRIGUEZ is affiliated with a violent drug cartel, distributed large quantities of a deadly controlled substance, and when arrested was found to be in possession of several high-powered weapons. For these reasons, the government respectfully requests that the Court find that RODRIGUEZ is a danger to the community and a flight risk and detain him pending trial. See 18 U.S.C. § 3142 (f)(1)(B), (f)(1)(C), (f)(1)(E), and (f)(2)(A).

        Respectfully submitted,

        NATHANIEL R. MENDELL
        Acting United States Attorney

By:   /s/ Christopher Pohl
       Christopher Pohl
       Assistant U.S. Attorney

CERTIFICATE OF SERVICE

      I, the undersigned, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on April 9, 2021.

                                        /s/ Christopher Pohl
                                        Christopher Pohl
                                        Assistant U.S. Attorney